### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

WALLACE A. GARDNER                                                   PLAINTIFF
ADC #110784

V.                             NO: 5:15CV00231 JM/JWC

JERRY ANDREWS, *et al*                                             DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to voluntarily dismiss his claims against Defendants Jerry Andrews, Flora Washington, Lashundra Malone, and Lue Bailey (docket entry #3), is GRANTED, Plaintiff's claims against Andrews, Washington, Malone, and Bailey, are DISMISSED WITHOUT PREJUDICE.

DATED this 13th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE