**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WALLACE A. GARDNER                                                                                    PLAINTIFF

v.                                        NO. 5:15-cv-00231 JM

JERRY ANDREWS, FLORA WASHINGTON,                                              DEFENDANTS
LASHUNDRA MALONE, LULA GOINS,
LISA THOWER, MARGARET RECTOR, and
LUE BAILEY

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris (Docket No. 56). No objections have been filed. After careful consideration, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for preliminary injunction filed by plaintiff Wallace A. Gardner (Document No. 46) is denied.

IT IS SO ORDERED 14th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE