# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WALLACE A. GARDNER**  **PLAINTIFF**
**ADC #110784**

v.  No: 5:15-cv-00231 JM-PSH

**JERRY ANDREWS,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that defendants' motion for summary judgment (Doc. No. 75) be denied, and this matter will be set for trial.

DATED this 21st day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE